**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON G. COYLE,<br><br>　　　　　Plaintiff,<br>　v.<br>PETER S. GEISSLER, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C-15-2691 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPIES OF DOCUMENTS** |

　　　　On September 25, 2015, the above-titled action was reassigned to the undersigned.

　　　　To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith chambers copies of the following documents: complaint, filed June 16, 2015; amended complaint, filed August 15, 2015; and Motion for Entry of Default, filed September 22, 2015.

　　　　**IT IS SO ORDERED.**

Dated: October 7, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge