Andrew S. Cantor
4132 St #7
San Francisco, CA  94124
Telephone:  (415) 817-1708
Fax:  (415) 400-4116
E-Mail: asc@cantor-law.com

Attorney for Peter Geissler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Simon G. Coyle | CASE NO.:3:15-cv-02691-DMR |
| Plaintiff, | DECLARATION OF ANDREW S. CANTOR REGARDING AGREEMENT WITH PLAINTIFF'S COUNSEL TO EXTEND TIME FOR DEFENDANT TO ANSWER BY THIRTY DAYS; ORDER EXTENDING DEADLINE |
| vs. | |
| Peter S. Geissler and Peter Geissler & Associates | |
| Defendants. | |

1.  I, Andrew S. Cantor, declare as follows

2.  I am the founding partner of the Law Office of Andrew S. Cantor, counsel to Peter S.

Geissler and Geissler and Associates. I have personal knowledge of the facts set forth in

this declaration, except where stated on information and belief, and as to those matters I

believe them to be true.

Declaration regarding extension of time to file Answer and/or Responsive Pleading
 3:15-cv-02691-DMR

3.  Currently there are negotiations between Defendant and Plaintiff which may obviate the need for an Answer and/or Responsive Motion to be filed.

4.  Plaintiff's counsel has stipulated to postponing the obligation of Defendant to have an Answer and/or Responsive Motion to be filed by thirty (30) days from January 5, 2016 – thereby making the new operative date February 5, 2016. At that time, should negotiations between Defendant and Plaintiff not be successfully concluded, then Defendant will have an Answer and/or Responsive Motion filed by this time.

5.  I declare under penalty of perjury that the foregoing is true and correct

Respectfully submitted,

Date: 1/4/16

/s/ Andrew Cantor
Attorney for Peter Geissler

ORDER

In light of the above, the deadline for defendants to respond to the Second Amended Complaint is extended to February 5, 2016.

Dated: January 5, 2016

The Honorable Maxine M. Chesney
United States District Judge

Declaration regarding extension of time to file Answer and/or Responsive Pleading
 3:15-cv-02691-DMR