David E. Lovejoy (CSB No. 055283)
11 Newport Landing Dr.
NOVATO, CA 94949-8210
 TEL:  415-612-4047
 FAX:  415-849-5409
 e-MAIL: david.lovejoy@sbcglobal.net
Attorney for: Plaintiff Simon G. Coyle

Andrew S. Cantor
4132 3rd St #7
San Francisco, CA 94124
 Telephone: (415) 817-1708
 Fax: (415)400-4116
 E-Mail: asc@cantor-law.com
Attorney for: Peter Geissler & Geissler & Associates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Simon G. Coyle<br> Plaintiff<br><br>v.<br><br>Peter S. Geissler and<br>Geissler & Associates<br> Defendants | CASE NO: 3:15-cv-02691-MMC<br><br>STIPULATION TO DISMISS<br>[Proposed] ORDER |

 IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1), by and between plaintiff Simon G. Coyle and defendants Peter S. Geissler and Geissler & Associates through their attorneys of record, as follows:

 1. The parties have reached a settlement of all claims asserted or that could have been asserted in this action and have entered into a SETTLEMENT AGREEMENT.

1 | 2. The parties, through their counsel, stipulate to dismiss this action with prejudice, with each
2 | party to bear costs and attorneys' fees as set forth in their SETTLEMENT AGREEMENT.

Dated: February 08, 2016

Signed: /s/david lovejoy

David E. Lovejoy

Attorney for Plaintiff

Simon G. Coyle

Dated: February 08, 2016

Signed: /s/andrew cantor

Andrew S. Cantor

Attorney for Defendants

Peter Geissler & Geissler & Associates

**[PROPOSED] ORDER**

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party bound by a SETTLEMENT AGREEMENT under which the Court retains jurisdiction over compliance with the SETTLEMENT AGREEMENT, **DISMISSAL IS SO ORDERED.**

Dated: Feb. 22, 2016

_____

By: Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT JUDGE